Jimmy Nguyen (State Bar No. 287501)
**JIMMY NGUYEN, ATTORNEY AT LAW, APC**
17011 Beach Boulevard, Suite 900
Huntington Beach, California 92647
Phone: (949) 438-1714
Fax: (949) 534-4878
E-mail: jimmy@jmnlegal.com

Attorney for Plaintiff,
Daniel C. Allison, M.D.

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL C. ALLISON, M.D., | CASE NO.: 2:21-cv-02995-FMO-PVC |
| Plaintiff, | Honorable Fernando M. Olguin |
| vs. | ~~[PROPOSED]~~ **ORDER TO DISMISS ACTION WITH PREJUDICE** |
| UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut corporation; | Action Filed: April 7, 2021 |
| Defendant. | |

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS HEREBY ORDERED.

Dated: July 15, 2021          /s/ Fernando M. Olguin

U.S. DISTRICT JUDGE